IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR182** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LEOPOLDO MEJIA,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Julie B. Hansen, Assistant Federal Public Defender, to withdraw as counsel for the defendant, Leopoldo Mejia [27]. Since retained counsel, Horacio J. Wheelock, has entered an appearance for the defendant [26], the motion to withdraw [27] is granted. Julie B. Hansen shall be deemed withdrawn as attorney of record and shall forthwith provide Horacio J. Wheelock with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 7th day of July, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge