IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CR182 |
| vs. ) | |
| ) | ORDER |
| LEOPOLDO MEJIA and ) | CONTINUING TRIAL |
| OLIVIA LORENZO, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motion [34] and supplemental motion [37] to continue trial filed by defendant, Leopoldo Mejia. The movant has complied with NECRimR 12.1. For good cause shown, trial will be continued to **September 26, 2006.**

**IT IS ORDERED** that the motions to continue trial [34] and [37] are granted, as follows:

1. Trial of this matter is continued from **August 15, 2006 to September 26, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **August 15, 2006 and September 26, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to moving counsel's scheduling conflicts, the need for additional time to effectively prepare the case, and considering the diligence of counsel. Failure to grant a continuance would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Counsel for the United States shall confer with defense counsel and, no later than **September 20, 2006**, advise the court of the anticipated length of trial.

4. This order applies to all defendants.

**DATED August 7, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**