# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CR182** |
| **vs.** ) | |
| ) | **ORDER** |
| **LEOPOLDO MEJIA,** ) | |
| ) | |
| **Defendant.** ) | |

Defendant has filed a "Joint Motion for Continuance" of the September 26, 2006 trial date (#39). The motion is not accompanied by the speedy trial waiver required by NECivR 12.1. Nor has the defendant shown good cause for a continuance. In reaching this conclusion, I note that the defendant was already given a substantial continuance from August 15, 2006 to September 26, 2006 to prepare for trial and/or conduct plea negotiations and to accommodate defense counsel's vacation schedule.

**IT IS ORDERED** that the Joint Motion for Continuance (#39) is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. *See* NECrimR 57.2(d).

**DATED September 20, 2006.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**