IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR182 |
| LEOPOLDO MEJIA, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

    IT IS ORDERED that the following is set for hearing on **December 4, 2006** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Notice to Consolidate Cases [60] filed by the government

    Since this is a criminal case, the defendants must be present, unless excused by the Court.   An interpreter will be provided by the Court.

    DATED this 29th day of November, 2006.

                               BY THE COURT:

                               s/ F.A. Gossett
                               United States Magistrate Judge