# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEOPOLDO MEJIA, )<br>)<br>Defendant. ) | 8:06CR182<br><br>AMENDED ORDER |
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEOPOLDO MEJIA, )<br>)<br>Defendant. ) | 8:06CR338<br><br>AMENDED ORDER |

On December 4, 2006, hearing was held on the government's "Notice [Motion] to Consolidate Cases" ([60] in Case No. 8:06CR182). Christian Martinez appeared for the government. Defendant was represented by Horacio Wheelock. All parties agreed that Cases Nos. 8:06CR182 and 8:06CR338 should be consolidated for purposes of plea and sentencing, and that 8:06CR338 should be the lead case. The defendant then requested that a change of plea hearing be set for December 28, 2006 before the undersigned. As discussed in open court,

**IT IS ORDERED:**

1. The Motion to Consolidate Cases ([60] in Case No. 8:06CR182) is granted, and Cases Nos. 8:06CR182 and 8:06CR338 are consolidated for purposes of plea and sentencing. Case No. 8:06CR338 shall be the lead case, and the deadlines set in 8:06CR338 shall govern both cases.

2. The trial set for December 12, 2006 in 8:06CR338 is cancelled, and Case No. 8:06CR182 is removed from the trial docket based upon the request of the defendant.

3. A hearing on the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Gossett on **December 28, 2006 at 9:00 AM** in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3.   No later than **December 22, 2006**, counsel for plaintiff and for defendant shall provide to the undersigned magistrate judge a copy of the following:

a) a copy of the Petition to Enter A Guilty Plea;
b) a copy of any plea agreement; and
c) a copy of any charging document not yet on file.

Failure to meet this deadline will cause the plea proceeding to be cancelled.

4.   On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5.   For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

**DATED December 5, 2006.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett
                                        United States Magistrate Judge**