IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR182 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| LEOPOLDO MEJIA and | ) | |
| OLIVIA LORENZO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the government's motion for preliminary forfeiture as to Defendant Leopoldo Mejia (Filing No. 74) and motion to vacate the preliminary order of forfeiture entered as to Defendant Olivio (Filing No. 86).  The motion to vacate is premised upon the fact that the currency, which is the sole subject of the motion for preliminary forfeiture, has been administratively forfeited.

IT IS ORDERED:

1. The government's motion to vacate (Filing No. 86) is granted;

2. The previous preliminary of forfeiture (Filing No. 76) is vacated;

3. The government's motion for preliminary forfeiture as to Defendant Mejia (Filing No. 74) is denied as moot.

DATED this 14th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge